UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nicole D. Kimball,            Case No. 3:20-cv-1705

    Plaintiff

v.            MEMORANDUM OPINION
           AND ORDER

Commissioner of Social Security,

    Defendant

Before me is the Report and Recommendation of Magistrate Judge Amanda M. Knapp filed on December 13, 2021. (Doc. No. 18). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

Following review of Judge Knapp's thorough analysis, I agree with Judge Knapp's conclusions that each of Plaintiff's assignments of error are without merit and adopt Judge Knapp's Report and Recommendation in its entirety as the Order of the Court. Therefore, the Commissioner's decision is affirmed, and this case is dismissed.

So Ordered.

           s/ Jeffrey J. Helmick
           United States District Judge